IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01595-RBJ

SANTIAGO ABREU,
Plaintiff,

v.

STEAMBOAT COUNTRY CLUB, INC. dba
8th STREET STEAKHOUSE
Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice [ECF No. 8], and the Court being fully advised in the premises,

HEREBY GRANTS the parties' Motion and ORDERS that this matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

SO ORDERED this ___30th___ day of ___June___, 2017.

BY THE COURT:

_____
United States District Court Judge